DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**AUGUSTUS TERRELL IRVING,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-1165

[November 20, 2025]

Appeal from the County Court for the Nineteenth Judicial Circuit, St. Lucie County; Jeffrey Walton Hendriks, Judge; L.T. Case No. 562025MM000761A.

Daniel Eisinger, Public Defender, and Siobhan Helene Shea, Assistant Public Defender, West Palm Beach, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, KLINGENSMITH and SHEPHERD, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***